UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TIMOTHY STINSON, DIANE STINSON,
and DON STINSON (DECEASED),

      CASE NO.: 2:22-cv-00122

    Plaintiffs,

v.

SECURITY FIRST INSURANCE COMPANY,

    Defendant.
_____/

## Case Management Report

1. **Date and Attendees**

    The parties conducted the planning conference on March 28, 2022. In attendance were Douglas Giuliano on behalf of Plaintiff, and Kirstin Grice on behalf of Defendant.

2. **Deadlines and Dates**

    The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 4/15/2022 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 5/10/2022 |
| Plaintiff's deadline for disclosing any expert report. *See* Fed. R. Civ. P. 26(a)(2). | 6/15/2022 |
| Defendant's deadline for disclosing any expert report. | 7/17/2022 |

| | |
|---|---|
| Deadline for disclosing any rebuttal expert report. | 08/05/2022 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 9/20/2022 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | n/a |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 11/15/2022 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br><br>Eric Kleinman, 169 East Flager Street, Suite 1420, Miami, FL 33131, Ph. 305-377-2728 | 6/1/2022 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 3/1/2023 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 3/15/2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 4/15/2023 |
| Month and year of the trial term. | 5/1/2023 |

The trial will last approximately 3 days and be

☒ jury.

☐ non-jury.

3. **Description of the Action**

Plaintiff alleges that its residential property suffered windstorm and water damage related to Hurricane Irma, that the damages were covered by policies

2

issued by the defendant, and that defendant denied coverage. Defendant denies that plaintiff is owed anything.

4. **Disclosure Statement**

   ☒ The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

   ☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

   ☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

   ☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

   ☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

8. **Discovery Practice**

   ☐ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

   The parties submit the following discovery plan under Rule 26(f)(2):

   A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

☒ Yes.
☐ No; instead, the parties agree to these changes: enter changes.

B. Discovery may be needed on these subjects: (a) the claims in Plaintiffs' complaint; (b) the defenses in Defendant's answer. Specifically, the parties will need discovery into the scope and extent of covered damages that occurred at Plaintiffs' property.

C. Discovery should be conducted in phases:

☒ No.
☐ Yes; describe the suggested phases.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?
☒ No.
☐ Yes; describe the issue(s).

E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☒ No.
☐ Yes; describe the stipulation.

**10. Request for Special Handling**

☒ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

**11. Certification of familiarity with the Local Rules**

4

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

12. **Signatures**

| | |
|---|---|
| /s/Douglas J. Giuliano | /s/ Nicholas R. Bixler |
| Douglas J. Giuliano (FBN: 15282) | Nicholas R. Bixler, Esq. |
| **GIULIANO LAW GROUP, P.A.** | Florida Bar No. 127276 |
| 121 S. Orange Avenue, Suite 1500 | Bressler, Amery & Ross, P.C. |
| Orlando, FL 32801 | 200 East Las Olas Boulevard |
| Tel: (754) 321-5290 | Suite 1500 |
| Fax: (321) 400-1055 | Fort Lauderdale, FL 33301 |
| doug@glgpa.com | Tel. (954) 499-7979 |
| | nbixler@bressler.com |
| *and* | miainsurance@bressler.com |
| | |
| Dustin Hite (FBN: 1002251) | *Counsel for Defendant* |
| **FLORIDA PROFESSIONAL LAW GROUP, PLLC** | |
| 4600 Sheridan Street | |
| Suite 303 | |
| Hollywood, FL 33021 | |
| T: (954) 284-0900 | |
| F: (854) 284-0707 | |
| dhite@flplg.com | |
| | |
| eservice@flplg.com | |
| *Counsel for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, a true and correct copy of the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Douglas J. Giuliano*
Douglas J. Giuliano
